[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

As Amended

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Plaintiffs:**
Our Lady of the Sacred Heart Academy
Prince Henry Charles Albert David
Kateri Aaliyah Maillissa Walker-David
St. Mary's Oratory
Lula McPherson
Wardell Rosemon
Shaylon Walker
Robert Walker

Rockford First
Kemen Walker
Kaeleb Walker
Kayla Walker

Rockford Public Schools
Tracey Walker
Marrissa McPherson
Wardell Rosemon Jr
Tiawan Walker
Camari Duo Walker
Keyondre Duo Walker
Reverance George Duo

collectively Referred to as → Pope Francis of Assisi United St Kateri of UK Baptist Church Trust

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: **16-50369**
(To be supplied by the Clerk of this Court)

**Defendants:**
Thupolis
~~Rockford Public Schools~~
Rockford Police Department
OSF Saint Anthony Hospital
~~Rockford Memorial Hospital~~
JP Morgan Chase Bank
Rockford University

Schnucks
Nicor Gas
Commonwealth Edison
Waterford Property Management
Jubovich
HCR Manor Care
Shelter Care Ministries
U46 School District
Monroe Police Department
City of Rockford
City of Monroe Wisconsin
City of Algin

Everest College
Winnebago County Sheriff
Kane County Sheriff
~~George Duo~~
DCFS

(Enter above the full name of ALL defendants in this action. Do not use "et al.") collectively referred to as - Dups

**CHECK ONE ONLY:**

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

RECEIVED

DEC - 7 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: *Pope Francis of Assisi United Trustee*

    B. List all aliases: *Mallissa McPherson*

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: *430 First Avenue 61101*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: *Hugo*

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: ~~500010~~

    B. Approximate date of filing lawsuit: 2010 to Current

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Saint Kateri of the Baptist Church Trustee

    D. List all defendants: Buge

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 17th District of Winnebago County Clerk

    F. Name of judge to whom case was assigned: Phillip J Rinland

    G. Basic claim made: violation of civil procedures and habias corpus act, civil rights act of 1964, conspiracy to commit murder, violation of judicial procedures,

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): case is pending

    I. Approximate date of disposition: 5-2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Affidavit

On or about 9-11-01 I was struck by a vehicle on Shady Oaks and Rte 58 in Elgin Ill to no reply

On or about 9-11-15 I filed a federal lawsuit naming defendants et al.

On or about 12-25-2016 this case was settled.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to issue a CD to Associated Bank totaling 100,000,000,000.00 dollars in the name of Malissa McPherson, payable to Saint Kateri Baptist Church.

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29th day of 11, 2016

Princess Diana
Kateri Walker-David
(Signature of plaintiff or plaintiffs)

Kateri Walker David
(Print name)

42105 0189 317W    USP 20161109217R90312
(I.D. Number)

2362 McFarland Rd
Rockford Ill 61109
#2

(Address)

0018625F

**State of Illinois — Healthcare and Family Services**
**iHFS Medical Card**



WALKER, KATERI
2362 MCFARLAND RD # 2
ROCKFORD IL 61108-8225

For questions or to report changes call:
Para preguntas o reportar cambios llame al:
DHS 1-800-843-6154 or
HFS 1-800-226-0768
(TTY 1-877-204-1012)

Keep this card and the separate notice we send about your medical coverage.

Guarde esta tarjeta y el aviso separado que le enviamos sobre su cobertura médica.

HFS 469 (R-10-12)   OQ-112916   IL 487-0234

0018625B

WALKER, KATERI
2362 MCFARLAND RD # 2
ROCKFORD IL 61108-8225

To check your eligibility using
hour automated system, call
Para comprobar su elegibilidad usando
el sistema automatizado de 24 horas,
llame al: 1-855-828-4995

**THE FOLLOWING PERSONS ARE COVERED:**

| | | | |
|---|---|---|---|
| KATERI | WALKER | ID#:186428900 | DOB:07-31-89 |
| KEMORI | WALKER | ID#:186428918 | DOB:02-21-05 |
| KAYLA | WALKER | ID#:202328233 | DOB:08-04-09 |
| KAELAB | WALKER | ID#:232513499 | DOB:09-14-16 |

**********************************************************************
TOTAL NUMBER OF COVERED PERSONS:  4

**THIS CARD DOES NOT GUARANTEE ELIGIBILITY OR PAYMENT FOR SERVICES.**
Medical providers must verify identity and eligibility when you need care.
**ESTA TARJETA NO GARANTIZA LA ELEGIBILIDAD O PAGO.** Los proveedores médicos
deben verificar la identidad y elegibilidad cuando necesite atención médica.
OQ-112916